UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE )<br>COMPLAINT OF FITZGERALD )<br>MARINE & REPAIR, INC. )<br>FOR EXONERATION FROM, )<br>OR LIMITATION OF, LIABILITY. ) | Case No. 1:07CV27 CDP |

## **ORDER**

In a telephone conference with both counsel, it was agreed that this case and a related case should be handled together. Once all parties have entered an appearance in that case, I will set it for a Rule 16 Scheduling Conference, and then all pretrial matters in the cases can be handled together. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall transfer <u>Mike Jenkins v. Fitzgerald Marine & Repair, Inc. and Ingram Barge Company</u>, 1:07CV123 LMB to the undersigned.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of September, 2007.